ANNIE MILES, *Plaintiff in Error,* v. FLORIDA EAST COAST RAILWAY COMPANY, A CORPORATION, *Defendant in Error.*

Where the members of the appellate court are equally divided in opinion as to whether a judgment on writ of error should be reversed or affirmed, and there is no prospect of a change of judicial opinion, the judgment should be affirmed, so that the litigation may not be unduly prolonged.

This case was decided by the Court En Banc.

Writ of error to the Circuit Court for Volusia County.

The facts in the case are stated in the opinion of the court.

*Landis & Fish,* for Plaintiff in Error;

*Stewart & Bly,* for Defendant in Error.

PER CURIAM.—This cause having been considered by the court, and Mr. Chief Justice WHITFIELD, Mr. Justice TAYLOR, and Mr. Justice SHACKLEFORD being of opinion that the judgment should be affirmed, while Mr. Justice COCKRELL, Mr. Justice HOCKER and Mr. Justice PARKHILL are of opinion that the judgment should be reversed, and there being no prospect of a change of judicial opinion, the judgment should be affirmed on the authority of State *ex rel.,* Hampton v. McClung, 47 Fla. 224, 37 South. Rep. 51; and it is so ordered.